Luigi Warren
155 Cordova St., Unit 104
Pasadena, CA 91105
April 26, 2023

Ms. Maria R. Hamilton
Clerk of the Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Dear Ms. Hamilton,

I am the Appellant in Case No. 23-1158. I am writing in response to the Order of Court entered on April 25, 2023, pursuant to my counsel's motion to withdraw, directing me to advise the Court whether I will be proceeding pro se or retaining new counsel. Please be advised that I will be proceeding pro se.

Sincerely,

Luigi Warren
Plaintiff-Appellant
Case No. 23-1158
Tel: (617) 275-1489