# DISCLOSURE STATEMENT

The appellee, The Children's Hospital Corporation, states that its parent corporation is The Children's Medical Center Corporation, and that no publicly held corporation owns 10% or more of its parent's stock.