# United States Court of Appeals
## For the First Circuit

No. 23-1158

LUIGI WARREN,

Plaintiff - Appellant,

v.

THE CHILDREN'S HOSPITAL CORPORATION,

Defendant - Appellee.

**NOTICE**

Issued: August 1, 2023

    This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

    Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Daniel Toomey, Calendar Clerk (617)748-9982


cc:
Theodore Joel Folkman
Luigi Warren