# United States Court of Appeals
## For the First Circuit

No. 23-1158

LUIGI WARREN,

Plaintiff, Appellant,

v.

THE CHILDREN'S HOSPITAL CORPORATION,

Defendant, Appellee.

**JUDGMENT**

Entered: September 8, 2026

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment to The Children's Hospital Corporation and its denial of Luigi Warren's motion to amend on futility grounds are vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Donald L. Cabell
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Luigi Warren
Theodore Joel Folkman