# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 23-1158          **Short Title:** Warren v. The Children's Hospital Corporation

The Clerk will enter my appearance as counsel on behalf of (**_please list names of all parties represented, using additional sheet(s) if necessary_**):

The Children's Hospital Corporation _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

| | |
|---|---|
| /s/ Theodore J. Folkman | February 23, 2023 |
| Signature | Date |
| Theodore J. Folkman | |
| Name | |
| Rubin and Rudman, LLP | (617) 330-7000 |
| Firm Name (if applicable) | Telephone Number |
| 53 State St. | |
| Address | Fax Number |
| Boston, MA 02109 | tfolkman@rubinrudman.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 81828 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 23, 2023, I caused the foregoing document to be served by first-class mail, postage prepaid, on:

Dr. Luigi Warren
155 Cordova St. #104
Pasadena, CA 91105

*/s/ Theodore J. Folkman*