UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| LUIGI WARREN,<br><br>      Plaintiff-Appellant,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>      Defendant-Appellee | No. 23-1158 |

**CORPORATE DISCLOSURE STATEMENT**

The defendant, The Children's Hospital Corporation, states, pursuant to Fed. R. App. P. 26.1, that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION

By its attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (No. 81828)
RUBIN AND RUDMAN, LLP
53 State St.
Boston, MA 02109
(617) 330-7000
tfolkman@rubinrudman.com

## CERTIFICATE OF SERVICE

    I certify that on February 23, 2023, I caused the foregoing document to be served by first-class mail, postage prepaid, on:

Dr. Luigi Warren
155 Cordova St. #104
Pasadena, CA 91105

*/s/ Theodore J. Folkman*