# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1158        **Short Title:** Warren v. Children's Hospital

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Luigi Warren _____ as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/Robert P. Cogan                          March 27, 2023
Signature                                   Date

Robert P. Cogan
Name

Continuum Law                               619-338-0400
Firm Name (if applicable)                   Telephone Number

402 W. Broadway Ste. 400                    619-259-5200
Address                                     Fax Number

San Diego, CA 92101-3554                    rcogan@continuumlaw.com
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1207372

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).