# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case No. 23-1158

LUIGI WARREN,
PLAINTIFF-APPELLANT,

- v. -

THE CHILDREN'S HOSPITAL CORPORATION,
DEFENDANT-APPELLEE.

Appeal from the United States District Court

for the District of Massachusetts

Case No. 1:17-cv-12472-DLC

**MOTION FOR AN EXTENSION OF TIME TO FILE THE BRIEF FOR PLAINTIFF-APPELLANT**

ROBERT P. COGAN
CONTINUUM LAW
*Counsel for Plaintiff-Appellant*
402 W. Broadway Suite 400
San Diego, CA 92101
(619) 338-0400
(619) 259-5200 (fax)
rcogan@continuumlaw.com

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1),and First Circuit Local Rules 27 and 31, Plaintiff-Appellant Dr. Luigi Warren hereby requests a 14-day extension of time within which to file Harvard's response brief, until Monday, April 24, 2023.

As grounds for this Motion, Dr. Warren states as follows:

1. Under the current briefing schedule, Dr. Warren's brief is due Monday, April 10, 2023. Dr. Warren respectfully requests that he be granted an extension of 14 days in which to file his response brief. If Dr. Warren's request is granted, his response brief would be due on Monday, April 24, 2023. Dr. Warren has not previously sought an extension of time for filing his brief.

2. Plaintiff-Appellant's counsel's filed his Notice of Appearance on March 27, 2023, only 11 days ago, creating scheduling pressure. Scheduling pressure was exacerbated by a family emergency of counsel. Further time is required to adequately address all the issues on appeal.

3. A 14-day extension of the briefing schedule would not prejudice Defendant-Appellee Children's Hospital Corporation (Children's).

4. In a conference with the undersigned, Counsel for Children's stated that this Motion is not objected to.

WHEREFORE, Plaintiff-Appellant Dr. Luigi Warren requests an additional 14 days within which to file its response brief, until Monday, April 24, 2023.

Dated: April 7, 2023

                                                Respectfully submitted,

                                                /s/ Robert P. Cogan
                                                ROBERT P. COGAN
                                                CONTINUUM LAW
                                                *Counsel for Plaintiff-Appellant*
                                                402 W. Broadway Suite 400
                                                San Diego, CA 92101
                                                (619) 338-0400
                                                (619) 259-5200 (fax)
                                                rcogan@continuumlaw.com

CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 211 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: April 7, 2023

                                          Respectfully submitted,

                                          /s/ Robert P. Cogan
                                          ROBERT P. COGAN
                                          CONTINUUM LAW
                                          *Counsel for Plaintiff-Appellant*
                                          402 W. Broadway Suite 400
                                          San Diego, CA 92101
                                          (619) 338-0400
                                          (619) 259-5200 (fax)
                                          rcogan@continuumlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the Court's appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

Dated: April 7, 2023

>Respectfully submitted,
>
>/s/ Robert P. Cogan
>ROBERT P. COGAN
>CONTINUUM LAW
>*Counsel for Plaintiff-Appellant*
>402 W. Broadway Suite 400
>San Diego, CA 92101
>(619) 338-0400
>(619) 259-5200 (fax)
>rcogan@continuumlaw.com