# United States Court of Appeals
## For the First Circuit

No. 23-1158

LUIGI WARREN,

Plaintiff - Appellant,

v.

THE CHILDREN'S HOSPITAL CORPORATION,

Defendant - Appellee.

**ORDER OF COURT**

Entered: April 14, 2023
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellant Luigi Warren to file a brief be enlarged to and including **April 24, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert P. Cogan
Theodore Joel Folkman
Luigi Warren