UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| LUIGI WARREN,<br><br>   Plaintiff-Appellant,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>   Defendant-Appellee | Case No. 23-1158 |

**APPELLEE'S RESPONSE TO MOTION FOR EXTENSION OF TIME**

  The appellee, The Children's Hospital Corporation, neither assents to nor opposes the second motion of the appellant, Dr. Luigi Warren, for an extension of time to file his brief. The facts are as follows.

  1. Dr. Warren, who acted pro se below, filed his notice of appeal on February 14, 2023. On March 1, the Court issued a briefing schedule setting April 10 as the deadline for Dr. Warren's brief.

  2. On March 27, 2023, counsel entered an appearance for Dr. Warren. On April 7, 2023, three days before the brief deadline, Dr. Warren, through counsel, filed an assented-to motion for a fourteen-day extension of

3428649_1

time to file his brief. The Court granted the motion on April 14, extending the date to April 24.

3.   On April 18, six days before the extended deadline, counsel for the parties spoke by telephone. Counsel for Dr. Warren requested an additional sixty-day extension of time. When asked why, he stated that he was withdrawing from the case, and that he did not know if successor counsel would be entering an appearance. During the call, Dr. Warren's counsel floated the possibility of seeking a thirty-day extension, and counsel for the Hospital said he would consult with his client about the request. But before counsel could do so, Dr. Warren's counsel called back to say that he intended to proceed with a motion for a sixty-day extension of time.

4.   Nevertheless, on April 19, counsel moved for a thirty-day extension of time and separately filed a motion for leave to withdraw. There is no indication in either motion that successor counsel will be entering an appearance.

        Respectfully submitted,

        THE CHILDREN'S HOSPITAL
        CORPORATION

        By its attorney:

        */s/ Theodore J. Folkman*

        Theodore J. Folkman (81828)
        RUBIN & RUDMAN, LLP
        53 State St.
        Boston, Mass. 02109
        (617) 330-7000
        tfolkman@rubinrudman.com

Dated: April 20, 2023

3428649_1

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding items by Fed. R. App. P. 32(f), the document contains 265 words (as determined using the "word count" feature of Microsoft Word 2016).
2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Supra.

*/s/ Theodore J. Folkman*

Theodore J. Folkman (81828)
RUBIN & RUDMAN, LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

*Counsel for the Appellee*